# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1356
Lower Tribunal No. 22-4242
_____

**Edia Altagracia Matos,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellant.

Paul R. Pearcy, P.A. and Maureen G. Pearcy, for appellee.

Before LOGUE, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Arce v. Citizens Prop. Ins. Corp.</u>, 388 So. 3d 205 (Fla. 3d DCA 2024); <u>Navarro v. Citizens Prop. Ins. Corp.</u>, 353 So. 3d 1276 (Fla. 3d DCA 2023).